# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2024 ND 41

In the Interest of R.K.

Adam D. Miller, PsyD,                                    Petitioner and Appellee

    v.

R.K.,                                                   Respondent and Appellant

## No. 20240062

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable Tristan J. Van de Streek, Judge.

AFFIRMED.

Per Curiam.

Jason Van Horn, Assistant State's Attorney, Fargo, N.D., for petitioner and appellee; submitted on brief.

Andrew Marquart, Fargo, N.D., for respondent and appellant; submitted on brief.

**Interest of R.K.**
**No. 20240062**

**Per Curiam.**

[¶1]   R.K. appeals from a district court's order continuing his treatment at the North Dakota State Hospital for a period not to exceed one year. On appeal, R.K. argues the district court erred by finding clear and convincing evidence that he is mentally ill and a person requiring treatment. In mental health commitment cases we review a district court's factual findings under the clearly erroneous standard. *In re Doe*, 2019 ND 23, ¶ 4, 921 N.W.2d 403. We conclude the district court did not clearly err in finding clear and convincing evidence that R.K. is mentally ill and a person requiring treatment. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte
       Douglas A. Bahr